UNITED STATES OF AMERICA
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Case No. 2:10-cr-124-GZS |
| | ) | |
| MICHAEL BOLSTER, | ) | |
| | ) | |
| Defendant. | ) | |

**DETENTION ORDER PENDING FINAL REVOCATION HEARING**

The Defendant appeared today with counsel and waived a preliminary hearing, but requested that he be released pending his revocation hearing.

Based on the evidence presented and for reasons stated on the record, the Court finds that Defendant did not satisfy his burden of establishing that he will not flee or pose a danger to any other person or to the community. See Fed. R. Crim. P. 32.1(a)(6) and 18 U.S.C. § 3143(a). Therefore, the Defendant is **ORDERED** detained pending further order of this Court.

The Defendant is committed to the custody of the Attorney General or a designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or held in custody pending appeal.  The Defendant must be afforded a reasonable opportunity to consult privately with defense counsel.  On order of the United States Court or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the defendant to the United States Marshal for a court appearance.

**SO ORDERED.**

/s/ George Z. Singal
United States District Judge

Dated the 8th of July 2015.